## Munch's Estate.

398

*Donoghue, Gibbons & Donoghue*, for exceptions.

*W. Le Roy McKinley* and *Horace M. Barba*, contra.

STEARNE, J., Nov. 7, 1930.—The Auditing Judge has so correctly and accurately construed the will that we cannot profitably add anything to his adjudication.

For the reasons and under the authorities therein recited, the exceptions are dismissed and the adjudication is confirmed absolutely.